IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY FISHER,**<br><br>          Petitioner,<br><br>     v.<br><br>**DIRECTOR,**<br><br>          Respondent. | Case No. 1:14-cv-01468 AWI MJS (HC)<br><br>**ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION**<br><br> **[Docs. 9, 10, 12]** |

    Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On December 18, 2014, Petitioner filed a motion to withdraw his petition for writ of habeas corpus. (Mot., ECF No. 12.) Pursuant to Fed. Rule of Civ. Proc. 41(a)(1), Petitioner may voluntarily dismiss the action without prejudice without a court order if dismissal is requested before the opposing party answers. (See Rule 12, Rules Governing Section 2254 Cases, "The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.") Respondent has yet to file an answer in this matter.

    Accordingly, IT IS HEREBY ORDERED that the petition is DISMISSED without

1  prejudice. All pending motions are DENIED as moot. The Clerk of Court is DIRECTED
2  to enter judgment and close the case.

3
4  IT IS SO ORDERED.

5     Dated:    December 22, 2014              /s/ *Michael J. Seng*
6                                           UNITED STATES MAGISTRATE JUDGE